**EDELSTEIN & GROSSMAN**
Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com
____

November 12, 2014

**VIA ELECTRONIC CASE FILING**
Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007
Attn; Calendar

**Re: United States v. Shamsundar, Case No. 14-3766-cr (2d Cir.)**

To Whom It May Concern:

     I represent Clifford Shamsundar, whose bail motion is scheduled to be heard tomorrow morning (November 13). I respectfully write to request that the bail motion be heard first, prior to the substantive appeals. The reason this request is made is that an evidentiary hearing on a motion for post-conviction relief in the matter of People v. Makeda Davis, Ind. No. 6148/2006, has been scheduled for 11 a.m. on that date in the New York County Supreme Court, and I must appear at that hearing.

     I apologize for making this request at the last minute; however, my prior experience with bail motions in this Court is that they are always heard at the head of the calendar, and I only now learned that Mr. Shamsundar's motion was not scheduled in this manner.

     The Court's consideration in this matter is appreciated.

Sincerely,

Jonathan I. Edelstein