United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand fourteen.

Present:    ROSEMARY S. POOLER,
               BARRINGTON D. PARKER,
               RICHARD C. WESLEY,
                    *Circuit Judges*.

UNITED STATES OF AMERICA,

              *Appellee*,

     v.                                                                                                  No. 14-3766-cr

CLIFFORD SHAMSUNDAR,

              *Defendant-Appellant*.

      Clifford Shamsundar appeals from the October 6, 2014 order of the United States District Court for the Southern District of New York (Seibel, *J.*) denying his motion for pretrial bail. We review bail determinations for clear error, *see United States v. English*, 629 F.3d 311, 319 (2d Cir. 2011), and we will not reverse "unless on the entire evidence we are left with the definite and firm conviction that a mistake has been committed." *United States v. Sabhnani*, 493 F.3d 63, 75 (2d Cir. 2007) (internal quotation marks omitted). Finding no such error here, it is hereby ORDERED that the Appellant's motion is DENIED.

                                                  FOR THE COURT:
                                                  Catherine O'Hagan Wolfe, Clerk

SAO-JVR